# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY LEE RIVERS,** : | |
| **AIS 152053,** | |
| : | |
| Petitioner, | |
| vs. : | **CIVIL ACTION NO. 05-0219-WS-C** |
| **JERRY L. FERRELL,** : | |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 19, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 14th day of June, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE